IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GAIL O'NEIL, as next friend to her minor daughter<br>　　Plaintiff,<br><br>v.<br><br>TEXAS DEPARTMENT<br>OF CRIMINAL JUSTICE, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:10-CV-3-J |

**DEFENDANTS' DESIGNATION OF EXPERTS**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COME Defendants Joe S. Nunn, Hugo Orozco, Kevin Andis, Robin Pena, Michael Savers, John Heuerman, Jr., Brad Livingston and the Texas Department of Criminal Justice, by and through their attorney of record, the Attorney General for the State of Texas, and file this **Designation of Experts,** and in support thereof, offer the following:

Defendants hereby designate the following:

1.　　Bill Calhoun, MD
　　　J. Andrew Grant, MD
　　　Department of Internal Medicine
　　　University of Texas Medical Branch
　　　301 University Boulevard
　　　Galveston, Texas 77555-0561
　　　(409) 772-2436
　　　(409) 772-9532 fax

Dr. Grant or Dr. Calhoun will give expert testimony and opinions regarding plaintiff's medical condition, treatment while incarcerated at the Jordan Unit.

  2.  Bill Stephens
    Office of the Deputy Director
    Prison/Jail Operations
    PO Box 99
    Huntsville, Texas 77342
    936/437-6318 office
    936/437-8725 fax

Mr. Stephens will testify regarding Texas Department of Criminal Justice policies and procedures. He will give specific testimony regarding the conduct of the correctional staff immediately before, during, and after Plaintiff died.

  3.  Warden Joe Nunn
    Johnston SAFPF Unit
    703 Airport Road
    Winnsboro, Texas, 75494

  Mr. Nunn will testify regarding Texas Department of Criminal Justice policies and procedures. He will give specific testimony regarding the conduct of the correctional staff immediately before, during, and after Plaintiff died.

  4.  Nizam Peerwani
    Tarrant County Medical Examiners Office
    200 Feliks Gwordz Place
    Fort Worth, Texas, 76104
    817-920-5700

  Dr. Peerwani will testify regarding the cause of death of Shermaine Peterson.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        DAVID A. TALBOT, JR.
        Assistant Attorney General
        Chief, Law Enforcement Defense Division

        /s/ Bruce R. Garcia
        BRUCE R. GARCIA
        Assistant Attorney General
        Attorney-in-Charge
        State Bar No. 07631060

        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        (512) 463-2080 / Fax (512) 495-9139
        bruce.garcia@oag.state.tx.us

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, BRUCE R. GARCIA, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the foregoing **Defendants' Designation of Experts** in accordance with the Electronic Case Files System of the Northern District of Texas, on this the 16th day of April, 2010.

        /s/ Bruce R. Garcia
        BRUCE R. GARCIA
        Assistant Attorney General

**CERTIFICATE OF SERVICE**

      I, BRUCE R. GARCIA, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the foregoing **Defendants' Designation of Experts** has been served by placing same in the United States Mail, postage prepaid, on this 16th day of April, 2010, addressed to:

James C. Harrington - **Via Facsimile No. 474-0726 and Via U.S. Regular mail**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438
*Counsel for Plaintiff*

                                                  /s/ Bruce R. Garcia
                                                  BRUCE R. GARCIA
                                                  Assistant Attorney General