IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GAIL O'NEIL, as next friend to her minor daughter § § Plaintiff, § § v. § § TEXAS DEPARTMENT § OF CRIMINAL JUSTICE, *et al.*, § Defendants. § | | Civil Action No. 2:10-CV-3-J |

**DEFENDANTS' DHIRAJLAL PATEL, M.D. AND
TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER'S
DESIGNATION OF EXPERTS**

Come Now **DHIRAJLAL PATEL, M.D. AND TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER** (Texas Tech), by and through the Attorney General of Texas, and file this Defendants' Designation of Experts.

1. Nizam Peerwani, M.D.
   Tarrant County Medical Examiners Office
   200 Feliks Gwordz Place
   Fort Worth, Texas, 76104
   817-920-5700

   Dr. Peerwani will testify regarding the cause of death of Shermaine Peterson.

2. Dhirajlal Patel, M.D. - Defendant
   Texas Tech Health Science Center - Correctional Managed Care
   c/o Kim Coogan, AAG
   Austin, Texas 78711
   512-463-2063

   Dr. Patel will testify about the medical care rendered to and cause of death of Shermaine Peterson.

                                                         Respectfully submitted,

        GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Kim Coogan
KIM COOGAN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00783867

P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone No. (512) 463-2080
Fax No.    (512) 495-9139

**NOTICE OF ELECTRONIC FILING**

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the above and foregoing **Defendants' Dhirajlal Patel, M.D. and Texas Tech University Health Science Center's Designation of Experts** in accordance with the Electronic Case Files System of the Northern District of Texas on this the 20th day of December, 2010.

        /s/ Kim Coogan
KIM COOGAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the foregoing **Defendants' Dhirajlal Patel, M.D. and Texas Tech University Health Science Center's Designation of Experts** has been served by placing same in the United States Mail, postage prepaid, on this the 20th day of December, 2010 addressed to:

Todd Batson  *Via USPS First-Class Mail*
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741-3436
*Counsel for Plaintiff*

Kevin Williams  *Via USPS First-Class Mail*
Office of General Counsel
Texas Tech University Health Science Center
3601 4th Street, Stop 6246, Suite 2B141
Lubbock, Texas 79430-6246

Bruce Garcia  *Via Hand-Delivery*
Office of the Attorney General
300 West 15th Street
Austin, Texas 78701

/s/ Kim Coogan
KIM COOGAN
Assistant Attorney General